UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOY SIMMONS, | * | CIVIL ACTION NO. 10-1417 |
| | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE DOHERTY |
| | * | |
| CONSUMER PORTFOLIO SERVICES, INC.; AND DOES 1-10, INCLUSIVE, | * | |
| | * | |
| Defendant. | * | MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WRITTEN CONFIRMATION OF SETTLEMENT AND JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, Joy Simmons, and defendant, Consumer Portfolio Services, Inc., who, in accordance with the Court's January 13, 2011, Order of Dismissal, confirm that the parties have reached a settlement of the disputes set forth in this matter. Further, the parties request that this Court enter an order dismissing the plaintiff's claims with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
Michael D. Ferachi (La. Bar Roll No. 19566)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR CONSUMER
PORTFOLIO SERVICES, INC.

_____
Mary Marshall Smythe (Bar No. 101742)
77 West 85th Street, Apt. 6E
New York, NY 10024

Of Counsel To:
LEMBERG & ASSOCIATES, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

ATTORNEY FOR JOY SIMMONS

371596.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via the Court's CM/ECF electronic service function, this 21st day of January, 2010. I further certify that there are no non-CM/ECF participants in this matter.

_____
Amanda S. Stout

371596.1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOY SIMMONS, | * CIVIL ACTION NO. 10-1417 |
| Plaintiff, | * |
| VERSUS | * JUDGE DOHERTY |
| CONSUMER PORTFOLIO SERVICES, INC.; AND DOES 1-10, INCLUSIVE, | * |
| Defendant. | * MAGISTRATE JUDGE HILL |

*********************************************

## JUDGMENT

Considering the Written Confirmation of Settlement and Joint Motion to Dismiss With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss with Prejudice is GRANTED and the plaintiff's claims against Consumer Portfolio Services, Inc. are DISMISSED WITH PREJUDICE with each party to bear its on costs.

Thus done and signed this _____ day of _____, 2011.

_____
HON. REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

371599.1